B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Outreach, S.A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Global Outreach, Sociedad Anonima** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**98-0609389** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**144 Lake Rd.**<br>**Morristown, NJ**                    ZIP Code **07960** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Morris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>_____<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. |  |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Outreach, S.A.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Global Outreach, S.A.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ David A. Kasen**
Signature of Attorney for Debtor(s)

**David A. Kasen DK1778**
Printed Name of Attorney for Debtor(s)

**Kasen & Kasen**
Firm Name

**Society Hill Office Park**
**1874 E. Marlton Pike, Suite 3**
**Cherry Hill, NJ 08003**

Address

**856-424-4144  Fax: 856-424-7565**
Telephone Number

**March 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anil C. Kothari**
Signature of Authorized Individual

**Anil C. Kothari**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 12, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **Global Outreach, S.A.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bello, Patrick and Sheila<br>1760 Governor's Way<br>Blue Bell, PA 19422 | Bello, Patrick and Sheila<br>1760 Governor's Way<br>Blue Bell, PA 19422 | Residential option agreement | | 200,000.00 |
| Carter, Tom<br>110 Hix Ave.<br>Rye, NY 10580 | Carter, Tom<br>110 Hix Ave.<br>Rye, NY 10580 | Residential option agreement | | 600,000.00 |
| DEHC Ingenieros<br>10th Ave., 23 bis Street, No 1005<br>P.O. Box 7393-1000<br>San Jose<br>COSTA RICA | DEHC Ingenieros<br>10th Ave., 23 bis Street, No 1005<br>P.O. Box 7393-1000<br>COSTA RICA | Consulting fee | | 367,863.10 |
| Greg Norman Golf Course<br>2041 Vista Parkway Level 2<br>West Palm Beach, FL 33411 | Greg Norman Golf Course<br>2041 Vista Parkway Level 2<br>West Palm Beach, FL 33411 | Consulting fee | Disputed | 879,303.35 |
| Ingenya Consultores SA<br>Escazu<br>COSTA RICA | Ingenya Consultores SA<br>Escazu<br>COSTA RICA | Consulting fee | Disputed | 317,014.73 |
| Lehr Associates<br>134 West 29th St.<br>New York, NY 10001 | Lehr Associates<br>134 West 29th St.<br>New York, NY 10001 | Consulting fee | Disputed | 257,267.50 |
| Mandelbaum Salsburg<br>155 Prospect Ave.<br>West Orange, NJ 07052 | Mandelbaum Salsburg<br>155 Prospect Ave.<br>West Orange, NJ 07052 | Legal fee | | 696,411.55 |
| Mayar, Vipin<br>435 E. 76th St. PHB<br>New York, NY 10021 | Mayar, Vipin<br>435 E. 76th St. PHB<br>New York, NY 10021 | Loan | | 508,162.00 |
| McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | Residential option agreement | | 460,000.00 |
| McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | Loan | | 175,000.00 |
| Mehling, Brian<br>401 E. 34th St.<br>Suite N32C<br>New York, NY 10016 | Mehling, Brian<br>401 E. 34th St.<br>Suite N32C<br>New York, NY 10016 | Residential option agreement | | 225,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Global Outreach, S.A.**                                                              Case No. _____

_____Debtor(s)_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mita, Eustance<br>1510 Chester Pike<br>Suite 370<br>Eddystone, PA 19022 | Mita, Eustance<br>1510 Chester Pike<br>Suite 370<br>Eddystone, PA 19022 | Residential option agreement | | 600,000.00 |
| Morrison Seiffert Murphy<br>1722 Routh St.<br>Suite 1313<br>Dallas, TX 75201 | Morrison Seiffert Murphy<br>1722 Routh St.<br>Suite 1313<br>Dallas, TX 75201 | Consulting fees | Disputed | 274,353.28 |
| Parker Company<br>6205 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | Parker Company<br>6205 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | Consulting fee | Disputed | 575,075.08 |
| Schommer Engineering<br>13 Mount Kemble<br>Morristown, NJ 07960 | Schommer Engineering<br>13 Mount Kemble<br>Morristown, NJ 07960 | Consulting fee | Disputed | 600,000.00 |
| Schommer, Rusty<br>13 Mount Kemble Ave.<br>Morristown, NJ 07960 | Schommer, Rusty<br>13 Mount Kemble Ave.<br>Morristown, NJ 07960 | Loan | | 205,000.00 |
| Smith, Joseph<br>260 Highview Lane<br>Media, PA 19063 | Smith, Joseph<br>260 Highview Lane<br>Media, PA 19063 | Residential option agreements | | 260,000.00 |
| Spass, Bob<br>804 Ramapo Way<br>Westfield, NJ 07090 | Spass, Bob<br>804 Ramapo Way<br>Westfield, NJ 07090 | Loan | | 350,000.00 |
| Sullivan, Patrick and Laura<br>3 Darcy Court<br>Henderson, NV 89052 | Sullivan, Patrick and Laura<br>3 Darcy Court<br>Henderson, NV 89052 | Loan | | 200,250.00 |
| Zurcher<br>Apartado 11991-1000<br>San Jose<br>COSTA RICA | Zurcher<br>Apartado 11991-1000<br>San Jose | Consulting fee | | 517,200.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 12, 2009**                        Signature    **/s/ Anil C. Kothari**
                                                                **Anil C. Kothari**
                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re   **Global Outreach, S.A.**         ,    Case No. _____
                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Global Outreach, S.A.**                                                    Case No. _____
                                    **Debtor**                                       ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Security interest in stock holdings of debtor** | | | | | |
| **YA Global Investments, LP f/k/a Cornell Capital Partners, LP 101 Hudson St. Suite 3700 Jersey City, NJ 07302** | - | | | | | X | | |
| | | | Value $          **239,000,000.00** | | | | **41,000,000.00** | **0.00** |
| Account No. | | | | | | | | |
| **Representing: YA Global Investments, LP** | | | **Joshua Howley, Esquire Sills Cummis 1 Riverfront Plaza Newark, NJ 07102** | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

| | Subtotal (Total of this page) | **41,000,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **41,000,000.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Global Outreach, S.A.**                                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Global Outreach, S.A.**_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | **Residential option agreement** | | | | |
| **Anamollatti, Reza** **262 Main St.** **Apt. 309** **Little Falls, NJ 07424** | | | | | | | | | 100,000.00 |
| Account No. | | - | | | **Consulting fee** | | | X | |
| **Arc Light Design** **121 Varick St.** **5th Floor** **New York, NY 10013** | | | | | | | | | 156,300.00 |
| Account No. | | - | | | **Consulting fee** | | | | |
| **Behi Associates - Ligia** **San Rafael De Heredia** **Del Abastachedor La Terraza 200 Mts.** **Norte & 75 MTS. N"17** **COSTA RICA** | | | | | | | | | 33,600.00 |
| Account No. | | - | | | **Residential option agreement** | | | | |
| **Bello, Patrick and Sheila** **1760 Governor's Way** **Blue Bell, PA 19422** | | | | | | | | | 200,000.00 |

___11___ continuation sheets attached

Subtotal
(Total of this page)                                489,900.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:35407-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Global Outreach, S.A.**                                              ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal fee | | | | |
| **Bickel Brewer 4800 Bank One Center 1717 Main St. Dallas, TX 75201** | - | | | | | X | 23,173.07 |
| Account No. | | | Residential option agreement | | | | |
| **Brody, David and Schultz, Yuval 950 3rd Ave. New York, NY 10022** | - | | | | | | 100,000.00 |
| Account No. | | | Loan | | | | |
| **Carter, Tom 650 5th Ave., 6th Floor New York, NY 10019** | - | | | | | | 75,000.00 |
| Account No. | | | Residential option agreement | | | | |
| **Carter, Tom 110 Hix Ave. Rye, NY 10580** | - | | | | | | 600,000.00 |
| Account No. | | | Consulting fee | | | | |
| **Casey Townsend Killian 485 C Route 1 South Suite 250 Iselin, NJ 08830** | - | | | | | | 30,000.00 |

Sheet no. __1___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

828,173.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Global Outreach, S.A.**                                          ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Cooney, Jerry**<br>**212 Trianon Lane**<br>**Villanova, PA 19085** | | - | | | Residential option agreement | | | | 100,000.00 |
| Account No.<br><br>**Cushman & Wakefield**<br>**1330 Post Oak Blvd.**<br>**Suite 2700**<br>**Houston, TX 77056** | | - | | | Consulting fee | | | | 22,500.00 |
| Account No.<br><br>**Davis, Craig**<br>**311 Glencove St.**<br>**Denver, CO 80220** | | - | | | Residential option agreement | | | | 90,000.00 |
| Account No.<br><br>**DEHC Ingenieros**<br>**10th Ave., 23 bis Street, No 1005**<br>**P.O. Box 7393-1000**<br>**San Jose**<br>**COSTA RICA** | | - | | | Consulting fee | | | | 367,863.10 |
| Account No.<br><br>**Deloitte**<br>**200 South Biscayne Blvd.**<br>**Suite 400**<br>**Miami, FL 33131** | | - | | | Accounting/tax consulting | | | | 22,814.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**603,177.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Global Outreach, S.A.**                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Residential option agreement | | | | |
| Didonato, James<br>105 Hix Ave.<br>Rye, NY 10580 | | - | | | | | | 100,000.00 |
| Account No. | | | | Consulting fee | | | | |
| EDAW<br>150 Chestnut St.<br>San Francisco, CA 94111 | | - | | | | | X | 59,021.17 |
| Account No. | | | | Residential option agreement | | | | |
| Ferrante, Joseph<br>921 Twin Lakes Drive<br>Coral Springs, FL 33071 | | - | | | | | | 90,000.00 |
| Account No. | | | | Legal fees | | | | |
| Graham & Dunn<br>Pier 70<br>2801 Alaskan Way<br>Suite 300<br>Seattle, WA 98121 | | - | | | | | | 5,305.67 |
| Account No. | | | | Consulting fees | | | | |
| Graves, Michael<br>341 Nassu St.<br>Princeton, NJ 08540 | | - | | | | | X | 172,209.74 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    426,536.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Global Outreach, S.A.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Consulting fee | | | | |
| **Greg Norman Golf Course 2041 Vista Parkway Level 2 West Palm Beach, FL 33411** | - | | | | | X | 879,303.35 |
| Account No. | | | Residential option agreement | | | | |
| **Grieman, Samuel 174 Washington St. Apt. 4J Jersey City, NJ 07302** | - | | | | | | 100,000.00 |
| Account No. | | | Residential option agreement | | | | |
| **Gupta, Sarita 20 Waterside Plaza New York, NY 10010** | - | | | | | | 92,500.00 |
| Account No. | | | Legal fees | | | | |
| **Hedinger & Lawless 147 Columbia Turnpike Florham Park, NJ 07932** | - | | | | | | 22,369.56 |
| Account No. | | | Residential option agreement | | | | |
| **Henderson, Chris 8901 Atlantic Ave. Wildwood, NJ 08260** | - | | | | | | 100,000.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,194,172.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Global Outreach, S.A.**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Consulting fee | | | | |
| Ingenya Consultores SA Escazu COSTA RICA | | - | | | | | | X | |
| | | | | | | | | | 317,014.73 |
| Account No. | | | | | Residential option agreement | | | | |
| Joffe, Mark 20 Waterside Plaza New York, NY 10010 | | - | | | | | | | |
| | | | | | | | | | 92,500.00 |
| Account No. | | | | | Consulting fee | | | | |
| Lehr Associates 134 West 29th St. New York, NY 10001 | | - | | | | | | X | |
| | | | | | | | | | 257,267.50 |
| Account No. | | | | | Legal fee | | | | |
| Mandelbaum Salsburg 155 Prospect Ave. West Orange, NJ 07052 | | - | | | | | | | |
| | | | | | | | | | 696,411.55 |
| Account No. | | | | | Loan | | | | |
| Mayar, Vipin 435 E. 76th St. PHB New York, NY 10021 | | - | | | | | | | |
| | | | | | | | | | 508,162.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | **1,871,355.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Global Outreach, S.A.**                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | - | | | | | | 175,000.00 |
| Account No. | | | Residential option agreement | | | | |
| McCaw, Scott<br>216 Byram Shore Rd.<br>Greenwich, CT 06830 | - | | | | | | 460,000.00 |
| Account No. | | | Residential option agreement | | | | |
| Mehling, Brian<br>401 E. 34th St.<br>Suite N32C<br>New York, NY 10016 | - | | | | | | 225,000.00 |
| Account No. | | | Residential option agreement | | | | |
| Mita, Eustance<br>1510 Chester Pike<br>Suite 370<br>Eddystone, PA 19022 | - | | | | | | 600,000.00 |
| Account No. | | | Consulting fees | | | | |
| Morrison Seiffert Murphy<br>1722 Routh St.<br>Suite 1313<br>Dallas, TX 75201 | - | | | | | X | 274,353.28 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,734,353.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Global Outreach, S.A.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Consulting fees | | | | |
| Next Step Design 1116 West Street Suite C Annapolis, MD 21401 | | - | | | | | | X | 45,002.06 |
| Account No. | | | | | Residential option agreement | | | | |
| P & G Cooney 212 Trianon Lane Villanova, PA 19085 | | - | | | | | | | 100,000.00 |
| Account No. | | | | | Consulting fee | | | | |
| Parker Company 6205 Blue Lagoon Drive Suite 300 Miami, FL 33126 | | - | | | | | | X | 575,075.08 |
| Account No. | | | | | Residential option agreement | | | | |
| PTD Family Investment LLC Pat Diantonio 5501 New Jersey Ave. Wildwood, NJ 08260 | | - | | | | | | | 100,000.00 |
| Account No. | | | | | Legal fees | | | | |
| Quiros Asociados 10136-1000 San Jose COSTA RICA | | - | | | | | | X | 104,000.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                924,077.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Global Outreach, S.A.**                                           ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Consulting fee | | | | |
| Rojas, Luis<br>APDO:3-1150<br>La Uruca<br>San Jose<br>COSTA RICA | - | | | | | X | 150,000.00 |
| Account No. | | | Legal fee | | | | |
| Rosenfeld Roberson<br>6725 Via Austi Parkway<br>Suite 200<br>Las Vegas, NV 89119 | - | | | | | | 88,225.57 |
| Account No. | | | Consulting fee | | | | |
| Schommer Engineering<br>13 Mount Kemble<br>Morristown, NJ 07960 | - | | | | | X | 600,000.00 |
| Account No. | | | Loan | | | | |
| Schommer, Rusty<br>13 Mount Kemble Ave.<br>Morristown, NJ 07960 | - | | | | | | 205,000.00 |
| Account No. | | | Loan | | | | |
| Servicios Smart<br>P.O. Box 125-3019<br>San Pablo, Heredia<br>COSTA RICA | - | | | | | | 62,000.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,105,225.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Global Outreach, S.A.** _____,   Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Silva, Michael <br> 143 West Hill Rd. <br> Boonton, NJ 07005 | - | | Residential option agreement | | | | 50,000.00 |
| Account No. <br><br> Smith, Joseph <br> 260 Highview Lane <br> Media, PA 19063 | - | | Residential option agreements | | | | 260,000.00 |
| Account No. <br><br> Soule, Federic <br> 6 Mulberry Tr. <br> Kinnelon, NJ 07405 | - | | Residential option agreement | | | | 50,000.00 |
| Account No. <br><br> Spass, Bob <br> 804 Ramapo Way <br> Westfield, NJ 07090 | - | | Loan | | | | 350,000.00 |
| Account No. <br><br> Sullivan, Patrick and Laura <br> 3 Darcy Court <br> Henderson, NV 89052 | - | | Loan | | | | 200,250.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **910,250.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Global Outreach, S.A.**                                          ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| Suna, Alan 42-22 22nd St. Long Island City, NY 11101 | - | | | | | | 75,000.00 |
| Account No. | | | Loan | | | | |
| Suna, Stuart 42-22 22nd St. Long Island City, NY 11101 | - | | | | | | 75,000.00 |
| Account No. | | | Residential option agreement | | | | |
| Thomas, Alex 394 Seminole Ave. Lake Mary, FL 32746 | - | | | | | | 100,000.00 |
| Account No. | | | Residential option agreement | | | | |
| Thomas, Edward 135 Gold St. North Arlington, NJ 07031 | - | | | | | | 100,000.00 |
| Account No. | | | Residential option agreement | | | | |
| Wagner, Erik 189 Harrison Ave. Jersey City, NJ 07304 | - | | | | | | 150,000.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **500,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Global Outreach, S.A.**                       ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Waterline Studios**<br>**4710 S. College Ave.**<br>**Suite 112**<br>**Fort Collins, CO 80525** | - | | **Consulting fee** | | | X | 148,378.00 |
| Account No.<br><br>**Zurcher**<br>**Apartado 11991-1000**<br>**San Jose**<br>**COSTA RICA** | - | | **Consulting fee** | | | | 517,200.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **665,578.00** |
| | Total<br>(Report on Summary of Schedules) | **11,252,799.43** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

In re __Global Outreach, S.A.__                                                    Case No. _____

                                              Debtor(s)                Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................ $ | __26,039.00__ |
| Prior to the filing of this statement I have received............................................ $ | __26,039.00__ |
| Balance Due.............................................................................................................. $ | To be fixed by the Court |

2.    $ __1,039.00__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

  ☒ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

  ☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
  e.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____        **/s/ David A. Kasen**
                                              **David A. Kasen DK1778**
                                              **Kasen & Kasen**
                                              **Society Hill Office Park**
                                              **1874 E. Marlton Pike, Suite 3**
                                              **Cherry Hill, NJ 08003**
                                              **856-424-4144  Fax: 856-424-7565**

---

# United States Bankruptcy Court
### District of New Jersey

In re    **Global Outreach, S.A.**                                             ,        Case No. _____

                                                    Debtor

                                                                     Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Global Outreach, LLC**<br>**144 Lake Rd.**<br>**Morristown, NJ 07960** | | **98 shares** | **Stockholder** |
| **Hemangini Kothari**<br>**144 Lake Rd.**<br>**Morristown, NJ 07960** | | **2 shares** | **Stockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 12, 2009**_____        Signature_**/s/ Anil C. Kothari**_____

                                                    **Anil C. Kothari**
                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

## United States Bankruptcy Court
### District of New Jersey

In re    **Global Outreach, S.A.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 12, 2009**          **/s/ Anil C. Kothari**

**Anil C. Kothari/President**
Signer/Title

Anamollatti, Reza
262 Main St.
Apt. 309
Little Falls, NJ 07424


Arc Light Design
121 Varick St.
5th Floor
New York, NY 10013


Behi Associates - Ligia
San Rafael De Heredia
Del Abastachedor La Terraza 200 Mts.
Norte & 75 MTS. N"17
COSTA RICA


Bello, Patrick and Sheila
1760 Governor's Way
Blue Bell, PA 19422


Bickel Brewer
4800 Bank One Center
1717 Main St.
Dallas, TX 75201


Brody, David and Schultz, Yuval
950 3rd Ave.
New York, NY 10022


Carter, Tom
650 5th Ave., 6th Floor
New York, NY 10019


Carter, Tom
110 Hix Ave.
Rye, NY 10580


Casey Townsend Killian
485 C Route 1 South
Suite 250
Iselin, NJ 08830


Cooney, Jerry
212 Trianon Lane
Villanova, PA 19085

Cushman & Wakefield
1330 Post Oak Blvd.
Suite 2700
Houston, TX 77056


Davis, Craig
311 Glencove St.
Denver, CO 80220


DEHC Ingenieros
10th Ave., 23 bis Street, No 1005
P.O. Box 7393-1000
San Jose
COSTA RICA


Deloitte
200 South Biscayne Blvd.
Suite 400
Miami, FL 33131


Didonato, James
105 Hix Ave.
Rye, NY 10580


EDAW
150 Chestnut St.
San Francisco, CA 94111


Ferrante, Joseph
921 Twin Lakes Drive
Coral Springs, FL 33071


Graham & Dunn
Pier 70
2801 Alaskan Way
Suite 300
Seattle, WA 98121


Graves, Michael
341 Nassu St.
Princeton, NJ 08540


Greg Norman Golf Course
2041 Vista Parkway Level 2
West Palm Beach, FL 33411

Grieman, Samuel
174 Washington St.
Apt. 4J
Jersey City, NJ 07302


Gupta, Sarita
20 Waterside Plaza
New York, NY 10010


Hedinger & Lawless
147 Columbia Turnpike
Florham Park, NJ 07932


Henderson, Chris
8901 Atlantic Ave.
Wildwood, NJ 08260


Ingenya Consultores SA
Escazu
COSTA RICA


Joffe, Mark
20 Waterside Plaza
New York, NY 10010


Joshua Howley, Esquire
Sills Cummis
1 Riverfront Plaza
Newark, NJ 07102


Lehr Associates
134 West 29th St.
New York, NY 10001


Mandelbaum Salsburg
155 Prospect Ave.
West Orange, NJ 07052


Mayar, Vipin
435 E. 76th St. PHB
New York, NY 10021


McCaw, Scott
216 Byram Shore Rd.
Greenwich, CT 06830

Mehling, Brian
401 E. 34th St.
Suite N32C
New York, NY 10016


Mita, Eustance
1510 Chester Pike
Suite 370
Eddystone, PA 19022


Morrison Seiffert Murphy
1722 Routh St.
Suite 1313
Dallas, TX 75201


Next Step Design
1116 West Street
Suite C
Annapolis, MD 21401


P & G Cooney
212 Trianon Lane
Villanova, PA 19085


Parker Company
6205 Blue Lagoon Drive
Suite 300
Miami, FL 33126


PTD Family Investment LLC
Pat Diantonio
5501 New Jersey Ave.
Wildwood, NJ 08260


Quiros Asociados
10136-1000
San Jose
COSTA RICA


Rojas, Luis
APDO:3-1150
La Uruca
San Jose
COSTA RICA

Rosenfeld Roberson
6725 Via Austi Parkway
Suite 200
Las Vegas, NV 89119


Schommer Engineering
13 Mount Kemble
Morristown, NJ 07960


Schommer, Rusty
13 Mount Kemble Ave.
Morristown, NJ 07960


Servicios Smart
P.O. Box 125-3019
San Pablo, Heredia
COSTA RICA


Silva, Michael
143 West Hill Rd.
Boonton, NJ 07005


Smith, Joseph
260 Highview Lane
Media, PA 19063


Soule, Federic
6 Mulberry Tr.
Kinnelon, NJ 07405


Spass, Bob
804 Ramapo Way
Westfield, NJ 07090


Sullivan, Patrick and Laura
3 Darcy Court
Henderson, NV 89052


Suna, Alan
42-22 22nd St.
Long Island City, NY 11101


Suna, Stuart
42-22 22nd St.
Long Island City, NY 11101

Thomas, Alex
394 Seminole Ave.
Lake Mary, FL 32746


Thomas, Edward
135 Gold St.
North Arlington, NJ 07031


Wagner, Erik
189 Harrison Ave.
Jersey City, NJ 07304


Waterline Studios
4710 S. College Ave.
Suite 112
Fort Collins, CO 80525


YA Global Investments, LP
f/k/a Cornell Capital Partners, LP
101 Hudson St.
Suite 3700
Jersey City, NJ 07302


Zurcher
Apartado 11991-1000
San Jose
COSTA RICA